# THOMAS DREW *versus* NOBLE CANADY.

Quære, whether the pendency of a rule of reference entered into before a justice of the peace is pleadable in abatement of an *action* brought for the same cause.

The justice who takes the acknowledgment of the parties to such rule cannot himself be one of the referees.

THIS was an action of *trover,* in which there was a plea in abatement, stating, in substance, that, previous to the commencement of the action, the parties had entered into a rule of reference, before a justice of the peace, pursuant to the statute, in which the demand now sued for was submitted to the referees in the same rule, which was now pending before them, &c.

To this plea there was a replication, a general demurrer thereto, and joinder in demurrer.

It was suggested by *Parsons,* as *amicus curiæ,* that it appeared by

the plea that one of the referees named in the rule was the *justice himself* before whom the rule had been entered into and acknowledged ; whereupon the Court said there must be judgment of *respondeat ouster ;* that it had been frequently decided that the justice who takes the acknowledgment of the parties to the rule of reference, could not be one of the referees.

(*Strong, Sedgwick,* and *Sewall,* justices, present.)

NOTE.—Quære, whether it did in fact appear by the plea, that the *justice* and the *referee* were one and the same person, unless giving the *same name* to the referee and to the justice be taken as conclusive evidence of the fact.